CHARLES W. RICHTER, JR., Individually and as a Stockholder of D. W.

GRIFFITH, INC., Appellant, v. D. W. GRIFFITH, INCORPORATED, and Others, Respondents.— Order modified by providing that the notice of appearance shall be amended only upon defendants, other than Oglesby, appearing by other attorneys, and as so modified affirmed, without costs. Otherwise, order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.